THE RAYMOND-HADLEY CORPORATION, Respondent and
Appellant, *v.* BOSTON AND MAINE RAILROAD et al.,
Appellants and Respondents.

*Raymond-Hadley Corpn.* v. *Boston & Maine R. R.*, 186 App. Div.
341, affirmed.

(Argued December 1, 1919; decided January 6, 1920.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered February 18, 1919, modifying and affirming
as modified a judgment in favor of plaintiff entered
upon a decision of the court at a Trial Term without a
jury.    This action was brought by plaintiff, an exporter of
flour, to recover from 'the defendant carrier $4,965.31
alleged storage charges which defendant assessed and
collected from plaintiff, under protest, on 109 carloads
of flour, arriving at Boston, Mass., during the period
December 17, 1915, to February 9, 1916, for export.
Forty-two of the cars were delivered at their destination,
" Mystic Wharf," and unloaded.    At the expiration of
the free storage period, plaintiff having failed to load
the flour on a vessel and defendant requiring the pier
space, the latter reloaded the flour on cars and transported
it to a public warehouse and thereafter on arrival of a
vessel returned it to the wharf for loading.    A charge
was made for such reloading, switching and warehouse
charges amounting to $3,142.16, which plaintiff seeks
to recover.    The remaining 67 cars were held in defend-
ant's yards in Boston and not actually delivered at the
wharf until the arrival of the vessel on which the flour
was loaded.    The defendant charged for storage on the
flour, after the expiration of the free storage period,
though it was still in the cars.    The trial court directed
judgment for plaintiff for $3,142.16, with interest and
costs, on the ground that no authority existed in the
carrier's filed tariffs for the assessment of this por-
tion of the charge; but denied relief as to the sum
of $1,823.21, on the ground that this portion of
the charge was assessed pursuant to tariff authority.
Both parties appealed to the Appellate Division, the

defendants from the whole of the judgment, and the plaintiff from only so much thereof as limited its recovery to $3,142.16. The Appellate Division modified the judgment of the trial court by deducting from the amount of plaintiff's recovery the sum of $599.44, the amount of charges that would have accrued had the flour remained on the dock, with interest from April 29, 1916, and by increasing the judgment by the sum of $1,823.21, with interest thereon from April 29, 1916, the sum collected for storage on the 67 cars held in the yards but not actually delivered at their destination.

*Edward J. A. Rook* for defendants, appellants and respondents.

*Neil D. Cullom* for plaintiff, respondent and appellant.

Judgment affirmed without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN and ANDREWS, JJ.; CRANE, J., votes to modify judgment so as to allow defendant storage charges on the flour held in the 67 cars.